**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25518-CIV-ALTONAGA**

**ROBERT RAMKISSOON**,

Plaintiff,

Vs

**LENNAR CORPORATION**, *et al.*,

Defendants.
_________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiffs' Motion to Consolidate Related Actions and Motion for Appointment of Interim Co-Lead Class Counsel . . . [ECF No. 12], filed on August 21, 2026. Plaintiffs request that the Court consolidate several actions filed in this District and make certain appointments of class counsel in the consolidated case. Those other actions are pending before other Judges, not the undersigned. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 12]** is **DENIED**. The Court cannot consolidate an existing case with other cases that are not presently before it. Nevertheless, should any of the Judges with a related case express a willingness to transfer their assigned case, the Court will accept transfer, and thereafter Plaintiffs may renew their requests for consolidation and appointment of class counsel.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2026.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**