**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25518-CIV-ALTONAGA/Reid**

**ROBERT RAMKISSOON**, *et al.*,

Plaintiffs,

v.

**LENNAR CORPORATION**, *et al.*,

Defendants.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Defendants, Lennar Corporation and Lennar Mortgage, LLC's Agreed Motion for Extension of Time . . . [ECF No. 63], filed on October 19, 2026. Defendants request an extension of time to respond to the Amended Consolidated Class Action Complaint [ECF No. 62] until after the parties' mediation on January 27, 2027; they explain an extension would conserve resources and that the parties intend to exchange necessary information in the interim "to facilitate a productive mediation." (Mot. ¶ 4; *see also id.* ¶ 5). Plaintiffs agree with the requested relief. (*See id.* 3).[1] The Court, having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **two (2) days** of the mediation scheduled for January 27, 2027 [ECF No. 60].

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

2. If the parties fail to complete the expected settlement, either party may, by motion, ask the Court to reopen the case within **two (2) days** of the mediation.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED as moot**, and Defendants are not required to respond to the Amended Complaint.

**DONE AND ORDERED** in Miami, Florida, this 20th day of October, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**